**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

USA FEDERAL CREDIT UNION,    :   No. 44 MAL 2017
   :
    Respondent    :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
    v.    :
   :
   :
KATHERINE S. GARGES,    :
   :
    Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.